**Order entered October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00859-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

In light of the Court's opinion of this date and the Court's September 12, 2014 opinion, we **DENY** appellant's (1) October 15, 2014 emergency motion to accept and consider electronic filings; (2) October 15, 2014 emergency motion to overrule contest order, mandate strike or temporary seal, and compel court reporter and court clerk to produce at zero or nominal costs to appellant; (3) October 17, 2014 second motion to extend date of brief filing; and (4) October 20, 2014 notice of appeal from trial court's signed order sustaining contest.

/s/  DOUGLAS S. LANG
   JUSTICE